**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

v.                                                    Case No. 12-14086

BAKER'S KEYBOARD LOUNGE, INC.,

    Defendant.
                                                       /

**ORDER VACATING DEFAULT, DENYING MOTION FOR DEFAULT JUDGMENT,
AND EXTENDING THE DEADLINE TO SERVE DEFENDANT**

Plaintiff submitted a record of the service of Defendant; the clerk, after Defendant failed to appear, entered a default; and Plaintiff moved for a default judgment. Plaintiff now reports that the service was defective but that Defendant has been located and has agreed to accept service. Plaintiff seeks, and shows good cause for seeking, a vacation of the default, a denial of the motion for default judgment, and an extension of the deadline to serve Defendant. Accordingly,

IT IS ORDERED that Plaintiff's January 9, 2013, motion [Dkt. # 9] is GRANTED in that the default [Dkt. # 7] is VACATED, the motion for default judgment [Dkt. # 8] is DENIED WITHOUT PREJUDICE, and the deadline to serve Defendant is EXTENDED to **February 28, 2013**.

                                                      s/Robert H. Cleland
                                                      ROBERT H. CLELAND
                                                      UNITED STATES DISTRICT JUDGE

Dated: January 31, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 31, 2013, by electronic and/or ordinary mail.

 s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522